

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| CONSTITUTION PARTY OF SOUTH DAKOTA, JOY HOWE, MARVIN MEYER, and MARK PICKENS, | * * * * | CIV 10-3011-RAL |
| Plaintiffs, | * * | ORDER DISMISSING COUNT II WITHOUT PREJUDICE FOR LACK OF JURISDICTION |
| vs. | * * | |
| CHRIS NELSON, in his official capacity as Secretary of State of South Dakota, | * * * | |
| Defendant. | * | |

On August 4, 2010, this Court issued a Judgment of Dismissal (Doc. 34) in this case based on this Court's Opinion and Order Granting Defendant's Motion for Summary Judgment and Denying Plaintiffs' Motion for Preliminary Injunctive Relief (Doc. 33). The United States Court of Appeals for the Eighth Circuit affirmed in part and vacated in part the Judgment and remanded with instructions to dismiss Count II without prejudice for lack of standing. For the reasons stated in the Eighth Circuit's opinion, it is hereby

ORDERED that, consistent with the opinion of the Eighth Circuit, Count II is dismissed without prejudice.

Dated August 12, 2011.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE